**Judge Hellerstein**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 6606**

------------------------------------------------------------x

TRUSTEES OF THE OPERATIVE PLASTERERS'
and CEMENT MASONS' INTERNATIONAL
ASSOCIATION LOCAL 262 f/k/a 530 WELFARE
FUND, ANNUITY FUND, PENSION FUND
and APPRENTICESHIP TRAINING FUNDS and
OPERATIVE PLASTERERS' and CEMENT
MASONS' INTERNATIONAL ASSOCIATION
LOCAL 262 f/k/a 530

         Plaintiffs,

Docket No.:



Rule 7.1 Statement

-against-

EURO-BUILD CONSTRUCTION CORP. and
HECTOR VIRATA d/b/a EURO-BUILD
CONSTRUCTION CORP.

         Defendants.

------------------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

  None

Date: July 21, 2008

            S/Danielle M. Carney
            **Signature of Attorney**

            **Attorney Bar Code: DMC 7471**