# AFFIDAVIT OF SERVICE

Index # 08 CIV 6606
Date Purchased: **July 24, 2008**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK COUNTY**

ATTORNEY(S): Danielle M. Carney Esq. : Barnes, Iaccarino, Virginia, Ambinder & Shepherd    PH: 516-483-2990
ADDRESS: 3 SURREY LANE HEMPSTEAD NY 11550    File No.:

*Trustees of the Operative Plasterers' and Cement Masons' International Association Local 262 f/k/a 530*
Plaintiff(s)/Petitioner(s)
vs.
*Euro-Build Construction Corp. and Hector Virata d/b/a Euro-Build Construction Corp.,*
Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____**HARRY TORRES**_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On **August 11, 2008** at **10:27 AM** at **75 Maiden Lane 2nd Floor New York, NY 10038-4810**, deponent served the within **Fed. R. CIV 7.1, Summons and Complaint**

with Index Number **08 CIV 6606**, and Date Purchased **July 24, 2008** endorsed thereon,
on: **Euro-Build Construction Corp.**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] By delivering to and leaving with **TERY "DOE" - MANAGING CLERK** and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [ ] On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SRVC** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: _____

**#7 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex **Female**  Color of skin **White**  Color of hair **Black**  Age **36 - 50 Yrs.**  Height **5' 0" - 5' 3"**
Weight **100 - 130 Lbs.**  Other Features: **Looks Asian**

**#8 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [ ] Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X] TERY "DOE" REFUSED TO GIVE HER FULL NAME.

Sworn to before me on this **15** day of **August, 2008**

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEVEN M. SHURGIN
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

HARRY TORRES
Server's Lic # 0915257
Work Order # 0835768

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382